Arthur Lee GOODEN, II, Plaintiff—Appellant,

v.

UNITED STATES of America; Commonwealth of Virginia; Barack Hussein Obama; Tonya R. Henderson–Stith; Christopher W. Hutton; Bonnie L. Jones; Timothy Fisher; Vincent H. Conway; Albert Patrick; Gary Mills; Bryant Sugg; Richard Kurns; Alfred Masters; Pamela

Jones; William H. Shaw; Peter Trench; Mathews; Nelson T. Overton; Jane & John Does, 1–100; Jane & John Does, A–Z (all officers of the Commonwealth of Virginia); Jane or John Does, A–Z (all officers of the United States); Jane Does I–X, Defendants–Appellees.

No. 13–2483.

United States Court of Appeals, Fourth Circuit.

Submitted: April 24, 2014.

Decided: April 28, 2014.

Arthur Lee Gooden, II, Appellant Pro Se.

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Arthur Lee Gooden, II, appeals the district court's order dismissing his complaint entitled "criminal complaint for: genocide, civil rights offenses resulting in death, human trafficking, and treason." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Gooden v. United States,* No. 4:13–cv–00126–MSD–TEM (E.D.Va. filed Oct. 8 & entered Oct. 14, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*